Filing # 136836583 E-Filed 10/19/2021 01:33:13 PM

## RETURN OF SERVICE

**State of Florida**  **County of Escambia**  **Circuit Court**

Case Number: 2021 CA 000697

Plaintiff:
JASON KENNEDY APRO THE ESTATE OF BERNICE KENNEDY

vs.

Defendant:
REHABILITATION CENTER AT THE PARK PLACE LLC

LTN2021004201

For:
DOMNICK CUNNINHAM & WHALEN
2401 PGA BOULEVARD, SUITE 140
PALM BEACH GARDENS, FL 33410

Received by LIGHTNING LEGAL on the 18th day of October, 2021 at 10:20 am to be served on REHABILITATION CENTER AT THE PARK PLACE LLC C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.

I, Christopher S. Kady, do hereby affirm that on the **18th day of October, 2021** at **11:50 am**, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the Summons, Complaint and Administrative Order No. 2021-12 with the date and hour of service endorsed thereon by me, to: Brittany Dotty as Service Liaison authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of REHABILITATION CENTER AT THE PARK PLACE LLC, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 35, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher S. Kady
Process Server #237

LIGHTNING LEGAL
Lightning Legal Couriers & Process
9280 Sw 64th St.
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2021004201

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.1z



EXHIBIT A

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

JASON KENNEDY APRO THE ESTATE OF BERNICE KENNEDY

    PLAINTIFF,

Vs.                              CASE NO:  2021 CA 000697
                                    DIVISION:  N

REHABILITATION CENTER AT THE PARK PLACE LLC

    DEFENDANT,

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant REHABILITATION CENTER AT THE PARK PLACE LLC C/O CORPORATION SERVICE COMPANY AS REG. AGENT 1201 HAYS STREET TALLAHASSEE, FL 32301

Each defendant is hereby required to serve written defenses to said complaint on
    plaintiff's attorney(s), whose address is

        LINDSEY GALE
        2401 PGA BLVD.
        PALM BEACH GARDENS, FL 33410

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **19th day of July, 2021**

PAM CHILDERS
CLERK OF THE CIRCUIT COURT

By: *Kathy Benoit*
    Deputy Clerk

\* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

Filing # 123687362 E-Filed 03/24/2021 02:04:57 PM

IN THE CIRCUIT COURT OF THE 1ST
JUDICIAL CIRCUIT IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CASE NO.:

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY,

        Plaintiff(s)

vs.

REHABILITATION CENTER AT PARK PLACE, LLC,

        Defendant(s).
_____/

## COMPLAINT

Plaintiff, JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY, by and through the undersigned counsel, hereby files this Complaint against Defendant, REHABILITATION CENTER AT PARK PLACE, LLC, and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of attorneys' fees and costs.

2. This cause of action accrued in Escambia County, Florida and therefore, under Section 47.011, *Florida Statutes*, venue is proper in Escambia County, Florida.

3. This action is being brought by Plaintiff for violations of Chapter 400, *Florida Statutes*, against Defendants.

4. All conditions precedent to bringing this action have been satisfied or waived prior to service of this Complaint.

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

5. This action is being brought within the applicable statute of limitations.

## THE PARTIES

6. At all times material hereto, BERNICE KENNEDY was a resident of Escambia County, Florida.

7. JASON KENNEDY is the Personal Representative or the Prospective Personal Representative of the Estate of BERNICE KENNEDY, and is otherwise *sui juris*.

8. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC is authorized, licensed, and conducting business in Escambia County, Florida.

9. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owned, operated, and managed the nursing home doing business as Rehabilitation Center at Park Place

## FACTS GIVING RISE TO CLAIMS

10. At all times material hereto, BERNICE KENNEDY was a resident of Rehabilitation Center at Park Place.

11. At all times material hereto, BERNICE KENNEDY was completely dependent upon the REHABILITATION CENTER AT PARK PLACE, LLC, its employees, agents, and apparent agents for all aspects of her care and activities of daily living.

12. During her admission at Rehabilitation Center at Park Place, BERNICE KENNEDY fell, resulting in a broken tailbone and chest contusions, and contracted COVID-19, and, as a result, died on July 15, 2020.

## COUNT I – NEGLIGENCE

2

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

## **REHABILITATION CENTER AT PARK PLACE, LLC**

13. Plaintiff re-alleges and incorporates paragraphs 1 through 12 and further alleges:

14. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owned, operated, and/or managed a nursing home known or doing business as Rehabilitation Center at Park Place that accepted Medicaid and Medicare payments for services rendered to patients such as BERNICE KENNEDY.

15. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owned, operated, and/or managed said nursing home, which was licensed as a nursing home pursuant to Chapter 400, *Florida Statutes*.

16. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC held itself out to the public, including BERNICE KENNEDY, as a nursing home that owed a duty to provide reasonable nursing home care and services within the applicable standard of care, including protecting the rights guaranteed under Chapter 400, *Florida Statutes*, and provide care within the applicable standard of care.

17. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC employed, retained, held out, or contracted with individuals, employees, agents, apparent agents, and/or contractors, who owed a duty to provide reasonable nursing home care services within the applicable standard of care, including protecting the rights guaranteed under Chapter 400, *Florida Statutes*, and provide care that met the applicable standard of care.

18. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owed a non-delegable duty to provide nursing home care and services to BERNICE

3

Case 3:21-cv-02676-MCR-EMT   Document 1-1   Filed 11/17/21   Page 6 of 14

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

KENNEDY, which met or exceeded the minimum acceptable standards expected of nursing homes operating in Escambia County, Florida, and in similar communities, and to comply with Chapter 400, *Florida Statutes*, Title 59 of the Florida Annotated Code, and 42 CFR 483.

19. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owed a duty pursuant to Section 400.022, *Florida Statutes*, to implement, respect, and provide BERNICE KENNEDY with the enumerated rights contained within that section.

20. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owed a duty to provide care and services to BERNICE KENNEDY in a manner which would attain or maintain the highest practicable physical, mental, and psychosocial well-being.

21. REHABILITATION CENTER AT PARK PLACE, LLC provided negligent nursing home care and violated BERNICE KENNEDY's rights under Chapter 400, *Florida Statutes*, by:

    a. Failing to prevent the fall of Bernice Kennedy;

    b. Failing to put into place proper interventions to prevent Bernice Kenendy's fall(s);

    c. Failing to follow applicable policies and procedures governing the prevention of falls;

    d. Failing to appropriately treat and evaluate a resident following a fall;

    e. Failing to appropriately classify Bernice Kennedy as a high fall risk resident;

    f. Failing to utilize necessary alarms for a high fall risk resident;

    g. Failing to properly monitor and observe a high fall risk patient;

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

    h. Failing to supervise Bernice Kennedy;

    i. Failing to properly educate Bernice Kennedy about her fall risk;

    j. Failing to provide adequate nutrition to Bernice Kennedy;

    k. Failing to provide Ms. Kennedy with necessary and appropriate medical care;

    l. Failing to properly assess Ms. Kennedy's medical condition;

    m. Failing to timely transfer Ms. Kennedy to the hospital;

    n. Failing to act reasonably;

    o. Failing to provide reasonable and appropriate nursing home care;

    p. Failing to uphold the rights of the resident;

    q. Failing to implement proper infection protocol(s) within the facility;

    r. Failing to provide a healthy, disease-free environment for Ms. Kennedy;

    s. Failing to perform regular testing on staff to ensure COVID-19 did not spread within the facility from staff member to staff member or resident;

    t. Failing to take all necessary precautions to prevent residents from contracting COVID-19;

    u. Failing to enforce staff's correct and continued use of PPE equipment;

    v. Failing to prevent outsiders from coming into the facility despite "lockdown";

    w. Failing to protect Ms. Kennedy from foreseeable harm causing death;

    x. Failing to provide care and treatment to Ms. Kennedy within the standard of care;

    y. Failing to exercise reasonable care under all the surrounding circumstances;

Case 3:21-cv-02676-MCR-EMT   Document 1-1   Filed 11/17/21   Page 8 of 14

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

    z. Under all circumstances, providing nursing home care below the standard of care;

    aa. Failing to comply with the requirements of Title 59 of the Florida Administrative Code and 42 CFR 483, which governs nursing homes such as Rehabilitation Center at Park Place;

    bb. Failing to uphold the rights of the resident; and,

    cc. Failing to follow state and federal regulations to protect nursing home residents.

22. The above rights' violations were committed by the employees, agents, and/or apparent agents of REHABILITATION CENTER AT PARK PLACE, LLC, in the course and scope of their employment, agency, and/or apparent agency.

23. As a direct and proximate result of the actor or omissions of REHABILITATION CENTER AT PARK PLACE, LLC, Bernice Kennedy suffered bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity of the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, and aggravation of a pre-existing medical condition. These losses are from the time of the Defendant's negligence until the time of Bernice Kennedy's death on July 15, 2020.

24. As a direct and proximate result of the acts or omissions of REHABILITATION CENTER AT PARK PLACE, LLC, the survivors of Bernice Kennedy suffered the loss of support and services, companionship, and society of Bernice Kennedy from the date of the Defendant's negligence until the date of her death on July 15, 2020.

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

WHEREFORE, Plaintiff, JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY, demands judgement against Defendant, REHABILITATION CENTER AT PARK PLACE, LLC, for all damages allowed by law, including interest and costs where appropriate, and demands trial by jury as a matter of right.

**COUNT II – WRONGFUL DEATH
REHABILITATION CENTER AT PARK PLACE, LLC**

25. Plaintiff re-alleges and incorporates paragraphs 1 through 12 and further alleges:

26. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owned, operated, and/or managed a nursing home known or doing business as Rehabilitation Center at Park Place that accepted Medicaid and Medicare payments for services rendered to patients such as BERNICE KENNEDY.

27. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owned, operated, and/or managed said nursing home, which was licensed as a nursing home pursuant to Chapter 400, *Florida Statutes*.

28. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC held itself out to the public, including BERNICE KENNEDY, as a nursing home that owed a duty to provide reasonable nursing home care and services within the applicable standard of care, including protecting the rights guaranteed under Chapter 400, *Florida Statutes*, and provide care within the applicable standard of care.

29. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC employed, retained, held out, or contracted with individuals, employees, agents, apparent

Case 3:21-cv-02676-MCR-EMT   Document 1-1   Filed 11/17/21   Page 10 of 14

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

agents, and/or contractors, who owed a duty to provide reasonable nursing home care services within the applicable standard of care, including protecting the rights guaranteed under Chapter 400, *Florida Statutes*, and provide care that met the applicable standard of care.

30. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owed a non-delegable duty to provide nursing home care and services to BERNICE KENNEDY, which met or exceeded the minimum acceptable standards expected of nursing homes operating in Escambia County, Florida, and in similar communities, and to comply with Chapter 400, *Florida Statutes*, Title 59 of the Florida Annotated Code, and 42 CFR 483.

31. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owed a duty pursuant to Section 400.022, *Florida Statutes*, to implement, respect, and provide BERNICE KENNEDY with the enumerated rights contained within that section.

32. At all times material hereto, REHABILITATION CENTER AT PARK PLACE, LLC owed a duty to provide care and services to BERNICE KENNEDY in a manner which would attain or maintain the highest practicable physical, mental, and psychosocial well-being.

33. REHABILITATION CENTER AT PARK PLACE, LLC provided negligent nursing home care and violated BERNICE KENNEDY's rights under Chapter 400, *Florida Statutes*, by:

    a. Failing to prevent the fall of Bernice Kennedy;

    b. Failing to put into place proper interventions to prevent Bernice Kenendy's fall(s);

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

    c. Failing to follow applicable policies and procedures governing the prevention of falls;

    d. Failing to appropriately treat and evaluate a resident following a fall;

    e. Failing to appropriately classify Bernice Kennedy as a high fall risk resident;

    f. Failing to utilize necessary alarms for a high fall risk resident;

    g. Failing to properly monitor and observe a high fall risk patient;

    h. Failing to supervise Bernice Kennedy;

    i. Failing to properly educate Bernice Kennedy about her fall risk;

    j. Failing to provide adequate nutrition to Bernice Kennedy;

    k. Failing to provide Ms. Kennedy with necessary and appropriate medical care;

    l. Failing to properly assess Ms. Kennedy's medical condition;

    m. Failing to timely transfer Ms. Kennedy to the hospital;

    n. Failing to act reasonably;

    o. Failing to provide reasonable and appropriate nursing home care;

    p. Failing to uphold the rights of the resident;

    q. Failing to implement proper infection protocol(s) within the facility;

    r. Failing to provide a healthy, disease-free environment for Ms. Kennedy;

    s. Failing to perform regular testing on staff to ensure COVID-19 did not spread within the facility from staff member to staff member or resident;

    t. Failing to take all necessary precautions to prevent residents from contracting COVID-19;

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

    u. Failing to enforce staff's correct and continued use of PPE equipment;

    v. Failing to prevent outsiders from coming into the facility despite "lockdown";

    w. Failing to protect Ms. Kennedy from foreseeable harm causing death;

    x. Failing to provide care and treatment to Ms. Kennedy within the standard of care;

    y. Failing to exercise reasonable care under all the surrounding circumstances;

    z. Under all circumstances, providing nursing home care below the standard of care;

    aa. Failing to comply with the requirements of Title 59 of the Florida Administrative Code and 42 CFR 483, which governs nursing homes such as Rehabilitation Center at Park Place;

    bb. Failing to uphold the rights of the resident; and,

    cc. Failing to follow state and federal regulations to protect nursing home residents.

34. The above rights' violations were committed by the employees, agents, and/or apparent agents of REHABILITATION CENTER AT PARK PLACE, LLC, in the course and scope of their employment, agency, and/or apparent agency.

35. As a direct and proximate result of the negligent acts or omissions of REHABILITATION CENTER AT PARK PLACE, LLC, BERNICE KENNEDY wrongfully died.

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

36. As a direct and proximate result of BERNICE KENNEDY's wrongful death, her survivors have suffered mental pain and suffering, which they will continue to suffer for the rest of their lives. BERNICE KENNEDY's survivors have lost the services and support of BERNICE KENNEDY. They have incurred medical and funeral expenses as a result of BERNICE KENNEDY's death and have suffered the loss of BERNICE KENNEDY's love and companionship.

37. As a direct and proximate result of the negligent acts or omissions of REHABILITATION CENTER AT PARK PLACE, LLC, the Estate of JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY makes a claim for the following damages as a result of the wrongful death of BERNICE KENNEDY:

   a. Funeral expenses;

   b. Medical and hospital expenses;

   c. Loss of net accumulations;

   d. Loss of earnings;

   e. The mental pain and suffering of BERNICE KENNEDY's survivors as a result of her death, as well as the loss of support and services they would have ordinarily had but for the foregoing described untimely death of BERNICE KENNEDY, as well as the loss of companionship, protection, instruction, and guidance of BERNICE KENNEDY; and

   f. All damages recoverable under the *Florida Wrongful Death Act.*

WHEREFORE, Plaintiff, JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY, demands judgement against Defendant, REHABILITATION

JASON KENNEDY, as Personal Representative of the Estate of BERNICE KENNEDY v. REHABILITATION CENTER AT PARK PLACE, LLC
Complaint

CENTER AT PARK PLACE, LLC, for all damages allowed by law, including interest and costs where appropriate, and demands trial by jury as a matter of right.

DATED 24th day of March, 2021.

/s/Lindsey E. Gale
Florida Bar No.: 1003258
/s/ Sean C. Domnick
Sean C. Domnick
Florida Bar No.: 843679
(eservice@dcwlaw.com)
Attorneys for Plaintiff(s)
Domnick Cunningham & Whalen
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, Florida 33410
Phone:(561) 625-6260